```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCHANT BUSINESS CREDIT, INC.
d/b/a SUMMIT BUSINESS CREDIT, f/k/a
SUMMIT BUSINESS CREDIT, INC.,

        Plaintiff,

- against -

CWI, LLC and LANA MARIE CORSANO,

        Defendants.

09 Civ. 2283 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the June 24, 2009 initial conference in the above-captioned action is adjourned until June 29, 2009 at 2:45 p.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York. It is further

    ORDERED that Plaintiff shall serve a copy of this order on Defendants, and both parties are directed to consult the Court's April 13, 2009 Order (Docket No. 3) for the appropriate submissions to make to the Court prior to the June 29, 2009 conference.

Dated:    New York, New York
             June 16, 2009

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge